UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY MILLER, | No. C 11-1097 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NINTH CIRCUIT COURT OF APPEALS; et al., | |
| Defendants. | |

This action is dismissed.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 15, 2011

_____
SUSAN ILLSTON
United States District Judge